United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>ALEPH MAINTENANCE, INC.,<br><br>Defendant. | Case No.  3:24-cv-04500-JSC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT IN PART**<br><br>Re: Dkt. No. 70 |

Plaintiff, Trustees on Behalf of General Employees Trust Fund, sues under the Employee Retirement Income Security Act of 1974 (ERISA) to recover unpaid benefit contributions it contends are owed by Defendant Aleph Maintenance, Inc. The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation to grant in part and deny in part Plaintiff's motion for default judgment and enter judgment against Defendant in the amount of $41,855.20.  Magistrate Judge Westmore concluded the Court had subject matter and personal jurisdiction over Defendant, service of process was adequate, and the *Eitel* factors justified entry of default judgment. (Dkt. No. 70.) Magistrate Judge Westmore recommended granting Plaintiff's request for unpaid contributions, liquidated damages, interest, and audit fees, and granting in part Plaintiff's request for attorneys' fees and costs awarding $19,251 in fees and $1,546.86 in costs. (Dkt. No. 70 at 8-14.)

Plaintiff served the Report and Recommendation on Defendant as ordered by the Court. (Dkt. No. 72.)  No party filed an objection and the time to object has expired.  *See* Fed. R. Civ. P. 72(b)(2).

After *de novo* review, the Court finds the Report and Recommendation correct, well-

reasoned, and thorough, and ADOPTS it in full awarding the following amounts:

| | |
|---|---:|
| **Contributions:** | $14,344.34 |
| **Liquidated Damages:** | $2,868.87 |
| **Interest:** | $2,554.13 |
| **Audit Fees:** | $1,290.00 |
| **Attorney's Fees:** | $19,251.00 |
| **Costs:** | $1,546.86 |
| **TOTAL:** | $41,855.20 |

This Order disposes of Docket Nos. 63, 70.

**IT IS SO ORDERED.**

Dated: December 17, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge